UNITED STATES of America, Plaintiff–Appellee,

v.

Jeremiah Daniel HOP, Defendant–Appellant.

No. 12–30265.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Oct. 2, 2013.

Russell E. Smoot, USSP–Office of the U.S. Attorney, Spokane, WA, Plaintiff–Appellee.

William A. Schuler, III, Esquire, William A. Schuler III, Attorney At Law, Naches, WA, Defendant–Appellant.

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Jeremiah Daniel Hop appeals from the district court's judgment and challenges the seven-year sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Hop contends that his above-Guidelines sentence is substantively unreasonable. The district court did not abuse its discretion in imposing Hop's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). Hop's sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of circumstances, including the nature and circumstances of the offense, and the need to protect the public. *See id.*

**AFFIRMED.**